**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SECURENET SOLUTIONS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Defendant. | Case No. 2:16-CV-1243 |
| SECURENET SOLUTIONS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TYCO INTEGRATED SECURITY LLC; and SENSORMATIC ELECTRONICS, LLC, <br><br> Defendants. | Case No. 2:16-CV-1258 |
| SECURENET SOLUTIONS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:16-CV-1260 |

## **ORDER**

Before the Court is the Stipulated Motion for Dismissal with Prejudice of all of Plaintiff's claims against Microsoft Corporation, pursuant to Rule 41(a)(1)(A)(ii). After considering the stipulation, the Court is of the opinion that it should be GRANTED.

**SIGNED this 25th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE